adopted, it can not be denied that the district court acquired jurisdiction. The judgment of the clerk was entirely void and a clear abuse of discretion on the part of the district court in opening the default not having been shown, it follows that the procedure was not contrary to law.

MR. CHIEF JUSTICE DEL TORO delivered the opinion of the court.

MR. JUSTICE WOLF wrote the following dissenting opinion: "In my opinion, inasmuch as the clerk of the municipal court, under the facts of this case, had no authority to render a judgment, there was no valid judgment and, therefore, the District Court of Aguadilla had no jurisdiction except to dismiss the appeal."

---

PEOPLE, APPELLEE, *v.* LÓPEZ, APPELLANT.

District Court of Aguadilla.

No. 1935.—Decided July 18, 1922.

The appellant was apparently convicted for failure to label a loaf of bread with the price.

Section 3 of Act No. 13 of April 12, 1917, requires that the wrapper shall indicate the price of the standard loaf and the price of the loaf in the wrapper. The loaf in question was labeled with the price of the standard loaf and the weight of the loaf, but not its price.

It was not shown that the defendant had manufactured or was the owner or had at his disposal the loaf of bread. The only evidence in this respect was that the loaf in question bore his name, but it was not shown that the defendant was the person from whom the wrapper came. The judgment was reversed.

MR. JUSTICE WOLF delivered the opinion of the court.